Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of JAMES A. TILLMAN, Respondent, for a Substitution of Attorney in the Place of BORRIS M. KOMAR, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of JAMES A. TILLMAN, Respondent, for a Substitution of Attorney in the Place of BORRIS M. KOMAR, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SERENA A. DAVIS, Appellant, v. JOHN J. DORMAN, Fire Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROBERT B. MILLER, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of MICHAEL A. HALLORAN, Respondent, against CARLOS HORACIO S. DOS SANTOS GALLO, Defendant, Impleaded with CARLOS DE NORONHA E MONTANHA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MARY MURPHY and MARTIN MURPHY, Respondents, v. FUTURE TAXI CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ARTHUR H. LAMBORN and Others, Plaintiffs, v. CZARNIKOW-RIONDA COMPANY, Defendant. CZARNIKOW-RIONDA COMPANY, Respondent, v. FEDERAL SUGAR REFINING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DAVID G. EVANS, Respondent, v. GARRISON FIRE DETECTING SYSTEM, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MURRAY B. MACHLIN, Suing for Himself as Stockholder and All Other Stockholders of the INTERNATIONAL GERMANIC COMPANY, LTD., a New York Corporation, Respondent, v. HAROLD G. ARON and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GEORGE HYDE, Respondent, v. HENRY HARPER BENEDICT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GEORGE HYDE, Respondent, v. KATHARINE GEDDES BENEDICT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date